IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| ZIMA R. ROGERS, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| vs. | § | CIVIL ACTION NO. H-17-3516 |
| | § | |
| PACESETTER PERSONNEL SERVICES, | § | |
| et al., | § | |
| | § | |
| Defendants. | § | |

### ORDER ADOPTING MEMORANDUM, RECOMMENDATION, AND ORDER

The court has conducted a de novo review of the Magistrate Judge's Memorandum, Recommendation, and Order to which no objections have been filed. The court concludes that the Memorandum, Recommendation, and Order should be and is hereby **ADOPTED**.

The Clerk shall send copies of this Order to the respective parties.

**SIGNED** at Houston, Texas, on this 26th day of January, 2018.

SIM LAKE
UNITED STATES DISTRICT JUDGE